# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1129
Lower Tribunal No. 2003-CF-002276

_____

DENNIS M. SIMMONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Michael P. McDaniel, Judge.

March 3, 2026

PER CURIAM.

   AFFIRMED.

STARGEL, NARDELLA and PRATT, JJ., concur.


Dennis M. Simmons, Miami, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED